Case 4:22-cv-00418   Document 14   Filed 03/06/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 07, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOHAMED A. KHALIL, <br> FATMA KHALIL, <br><br> *Plaintiffs,* <br><br> v. <br><br> AMGUARD INSURANCE COMPANY, <br><br> *Defendant.* | § § § § § § § § § § § § | <br><br><br><br><br> Civil Action No. 4:22-cv-00418 <br><br><br><br> JURY |

### ORDER GRANTING PLAINTIFFS' STIPULATION OF DISMISSAL

On this date, the Plaintiffs' Stipulation of Dismissal with Prejudice was presented to this Court for consideration, and the Court having considered the same, is of the opinion that such motion should in all things be **GRANTED**. Therefore, it is

**ORDERED** that all claims by Plaintiffs against Defendant are hereby Dismissed with Prejudice. All costs shall be assessed against the party incurring the same.

**SIGNED** at Houston, Texas, on this the 6th day of March, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT COURT JUDGE